In the Matter of LIONEL CESAIRE, Respondent, v DEBRA CESAIRE, Appellant. [644 NYS2d 634]

The determination of the Family Court was supported by sufficient evidence in the record *(see, Matter of Eli P.,* 167 AD2d 473; *see also, People v Novak,* 212 AD2d 740). The mother's remaining contentions are without merit *(see, Jabri v Jabri,* 193 AD2d 782; Family Ct Act § 836; *People v Leka,* 209 AD2d 723; *People v Tuzzio,* 201 AD2d 595). Miller, J. P., Copertino, Santucci and Altman, JJ., concur.